IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RE: Gerald T Sliwicki,  ) CASE NO. 15-27242
Renee L Sliwicki  ) Judge Donald R. Cassling

## AGREED DEFAULT ORDER

THIS CAUSE COMING TO BE HEARD on the Motion of Wells Fargo Home Equity, the mortgagee on the property located at 301 Michael John Drive, Park Ridge, IL 60068, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled thereto;

IT IS HEREBY ORDERED:

1. Commencing with the June 2018 post-petition mortgage payment and continuing thereafter, if the Debtor fails to make said payment on the date on which it is due, thereby accruing a two post-petition mortgage payment default, then the Stay shall automatically Modify to Wells Fargo Home Equity without further Court Order, if upon notice to the Debtor and the Debtor's attorney, the complained of default is not fully cured and proof of cure received by Wells Fargo Operation Center, Mac: B6955-01B PO Box 315578, Billings, MT 59107, within 14 days from the date notice is sent.

2. In the event the Stay is Modified to Wells Fargo Home Equity, or its successors and assigns, as outlined in this Order, counsel for the mortgage company shall give notice to the Debtor, the Debtor's attorney and the Trustee and file said notice with the Court.

Dated: 18 JUN 2018    Entered: *Donald R. Cassling*
Bankruptcy Judge Donald R. Cassling

MCCALLA RAYMER LEIBERT PIERCE, LLC
Attorneys at Law
1 N. Dearborn Suite 1200
Chicago, IL 60602

PA No. BK-009344-18